# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**RICHARD YOUNG**                    :

       Petitioner           :        CIVIL ACTION NO. 3:21-0212

   v.                                  :           (JUDGE MANNION)

                                     :

**KEVIN KAUFFMAN,**

                                     :

       Respondent

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 is **DENIED** without prejudice.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court is directed to **CLOSE THIS CASE**.


*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: April 15, 2021
21-0212-01-Order